UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES POHUTSKI,

    Plaintiff,

v.

CORIZON HEALTH, et al.,

    Defendants.
_____/

Case No. 1:13-cv-28

HON. JANET T. NEFF

## **ORDER**

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Ouellette and Milliner filed a Motion to Dismiss and Alternative Motion for Summary Judgment (Dkt 14). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 14, 2013, recommending that this Court grant Defendants' motion for summary judgment; Plaintiff's claims against Defendant Galabert[1] be dismissed for failure to timely effect service; and this matter be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 15) is APPROVED and ADOPTED, with the correction noted above, as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 14) is GRANTED.

---

[1] The Report and Recommendation refers to Defendant Galabert as Defendant "Gelabert".

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Galabert are DISMISSED WITHOUT PREJUDICE for failure to timely effect service, and this matter is TERMINATED.

A Judgment will be entered consistent with this Order.


Dated: December 12, 2013      /s/ Janet T. Neff
                              JANET T. NEFF
                              United States District Judge